IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

      vs.                        : CIVIL NO: C-1-00-046
                                           JUDGE WEBER

**DAVID M. COPE, SR.,**

      Defendant.

## SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                                                 GREGORY G. LOCKHART
                                                 United States Attorney


                                                 s/Deborah F. Sanders
                                                 DEBORAH F. SANDERS #0043575
                                                 Assistant United States Attorney
                                                 303 Marconi Blvd., Suite 200
                                                 Columbus, Ohio 43215
                                                 (614) 469-5715

N:\BVance\judgment\satis.w

```
N:\BVance\judgment\satis.w
```